IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

NICHOLAS KOUTSOLIONTOS and
MICHELLE KOUTSOLIONTOS, as the
Co-Personal Representatives for the Estate
of Emily Koutsoliontos, Deceased,

Plaintiff,

v. Case No.: 24-CA-007104

TERRENCE MARQUIS JENKINS,
EAN HOLDINGS, LLC, a Foreign Limited
Liability Company, and ENTERPRISE
LEASING COMPANY OF FLORIDA,
LLC, a Foreign Limited Liability Company,

Defendants.
_______________________________________/

**AGREED ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT BY INTERLINEATION AND ADD CLAIM**

THIS CAUSE comes before the Court on *Plaintiffs' Motion for Leave to Amend Complaint By Interlineation and Add Claim* (the "Motion") (Dkt. No. 86), and the Court being otherwise duly advised of the agreement of the counsel and the Parties, it is hereby ORDERED and ADJUDGED as follows:

1. The Motion is hereby GRANTED.

2. The name of Plaintiff Michelle Koutsoliontos as Co-Personal Representative of the Estate of Emily Koutsoliontos is hereby amended by interlineation to Michele Koutsoliontos as Co-Personal Representative of the Estate of Emily Koutsoliontos.

3. Plaintiffs' Amended Complaint is deemed filed as of the date of this Order. Defendants EAN Holdings, LLC and Enterprise Leasing Company of Florida, LLC's responses to Plaintiffs' Amended Complaint shall be due twenty (20) days after the date of this Order.



**EXHIBIT A**

4. Count I of Plaintiffs' Amended Complaint and any other claims against Defendant Terrence Jenkins are hereby DISMISSED.

**DONE and ORDERED** in Hillsborough County, Florida, this 11 day of August, 2025.

Electronically Conformed 8/11/2025
Christine Marlewski

The Honorable Christine Marlewski
Circuit Court Judge

Copies furnished to counsel of record